**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MEDICAL TRANSCRIPTION BILLING, CORP.,

Plaintiff,

v.

QHR TECHNOLOGIES, INC.,

Defendant.

Civil Action No. 3:16-cv-08611-FLW-TJB

**NOTICE OF APPEARANCE**

**Document Electronically Filed**

PLEASE TAKE NOTICE that Andrew J. Belli of Kaufman, Coren & Ress, P.C., Two Commerce Square, Suite 3900, 2001 Market Street, Philadelphia, PA 19103, hereby enters his appearance as counsel for Defendant QHR Technologies, Inc., in this matter.

KAUFMAN, COREN & RESS, P.C.

Dated: November13, 2018

*/s/ Andrew J. Belli*

ANDREW J. BELLI
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 735-8700
Fax: (215) 735-5170
Email: abelli@kcr-law.com

*Attorneys for Defendant*