# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDICAL TRANSCRIPTION BILLING, CORP., <br><br> Plaintiff, <br><br> v. <br><br> QHR TECHNOLOGIES, INC., <br><br> Defendant. | Civil Action No. 3:16-cv-08611-FLW-TJB <br><br> **WITHDRAWAL OF APPEARANCE** <br><br> **Document Electronically Filed** |

PLEASE TAKE NOTICE that David M. DeVito of Kaufman, Coren & Ress, P.C., Two Commerce Square, Suite 3900, 2001 Market Street, Philadelphia, PA 19103, hereby withdraws his appearance as counsel for Defendant QHR Technologies, Inc., in this matter.

 

KAUFMAN, COREN & RESS, P.C.

Dated: November 13, 2018

*/s/ David M. DeVito*
DAVID M. DeVITO
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 735-8700
Fax: (215) 735-5170
Email: ddevito@kcr-law.com

*Attorneys for Defendant*