## UNITED STATED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MEDICAL TRANSCRIPTION BILLING, CORP.,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Civil Action No.: 3:16-cv-08611 |
| ) | |
| **QHR Technologies, Inc.** ) | |
| ) | |
| *Defendant.* ) | |

PLEASE TAKE NOTE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and L R. Civ. P. 41.1(b), the above entitled, action, including all affirmative claims and counterclaims, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be dismissed with prejudice without costs against either party.

Dated:

Respectfully Submitted,

                        **MTBC, INC. (f/k/a MEDICAL TRANSCRIPTION BILLING, CORP.)**

                        By its attorney,

                        /s/James D. Donegan
                        James D. Donegan
                        Litigation Attorney o/b/o MTBC
                        7 Clyde Road
                        Somerset, New Jersey 08873
                        Phone: (732) 873-5133 ext. 125
                        Fax:    (732) 227-8575
                        jdonegan@mtbc.com

**QHR Technologies Inc.**

By its attorneys,

/s/ Andrew J Belli
Andrew J. Belli
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 735-8700
Fax:    (215) 735-5170
Email: abelli@kcr-law.com

and

Matthew William (*pro hac vice)*
Kaufman, Coren & Ress, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 735-8700
Fax:    (215) 735-5170
Email: mwilliams@kcr-law.com

CERTIFICATE OF SERVICE

I, James D. Donegan, hereby certifiy that the above-captioned document was filed on June xx, 2019, through the Court's CM/CEF system and will be sent electronically to counsel for the Defendant as indicated on the Court's Notice of Electronic Filing.

/s/James D. Donegan
James D. Donegan